Copies served
4/18/07
jgm

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**GINA R. DRAPER**

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-37 (GHL)

Robert Bogdan, Esq. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s) 1

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Theft of Government Property, in violation of Title 18, United States Code, Section 641.

**DATE OFFENSE CONCLUDED:** December 27, 2006

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $300.00 and a $25.00 special assessment. Total of the fine and special assessment amount to $325.00, payable on or before JULY 15, 2007. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

April 11, 2007
Date of Imposition of Sentence

April 16, 2007
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge